# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,  )
                     )
       Plaintiff,  )
                     )
v.  )   No.  3:12-00158
                     )   Chief Judge Haynes
RONALD EUGENE HYRNE,  )
TIMOTHY EUGENE TAYLOR, JR.,  )
                     )
       Defendants.  )

## O R D E R

The plea hearing in this action is **re-set for Wednesday, December 19, 2012 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _28th_ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court