IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00158-1 |
| | ) | Chief Judge Haynes |
| RONALD EUGENE HYRNE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The sentencing hearing is set in this action for **Monday, March 11, 2013 at 2:00 p.m.** By **Friday March 1, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the ___21___ day of January, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court