UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-158 |
| | ) | |
| | ) | JUDGE HAYNES |
| RONALD HYRNE | ) | |

**MOTION TO SET SENTENCING HEARING**

*[Handwritten annotation: ORDER. The motion is GRANTED. The hearing is set for September 26, 2013 at 4:00 pm. /s/ [signature] 8-22-13]*

Comes now the defendant, Ronald Hyrne, by and through counsel, and respectfully moves that this Honorable Court set Mr. Hyrne for sentencing hearing in the near future, at the court's convenience. Mr. Hyrne originally requested a continuance of his sentencing hearing on February 28, 2013 (DE 69) and this motion was granted on March 1, 2013 (DE 70). Since that time, Mr. Hyrne has been psychologically evaluated (and that evaluation will be shared before sentencing), additional school records have been sought (and a few have been recovered, most no longer exist), and, on August 19, 2013, an amended pre-sentence investigation report was completed by the Honorable Liberty Lander. It does not appear to counsel that there is any additional reason to delay sentencing.

Counsel has consulted with the Honorable Scarlet Singleton, AUSA, and the Honorable Liberty Lander, USPO and any time on the following dates are available to all parties: August 27 and 28, September 3, 4, 10, 12, and 16. The afternoon of August 29, and the morning of September 18 are also available to all parties. Counsel does not expect this

1